SCOTT A. KRONLAND (SBN CA171693) (*pro hac vice*)
P. CASEY PITTS (SBN CA262463) (*pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
E-mail:     skronland@altber.com
            cpitts@altber.com

*Attorneys for Defendant SEIU Local 668*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG DIVISION

| | |
|---|---|
| BETHANY LASPINA,<br><br>    Plaintiff,<br><br>v.<br><br>SEIU PENNSYLVANIA STATE COUNCIL; SEIU LOCAL 668; SEIU HEALTHCARE PA; SEIU LOCAL 32BJ; PENNSYLVANIA JOINT BOARD OF WORKERS UNITED; LACKAWANNA COUNTY LIBRARY SYSTEM; SCRANTON PUBLIC LIBRARY,<br><br>    Defendants. | CASE NO.:  3:18-CV-02018-MEM<br><br>**DEFENDANT SEIU LOCAL 668'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hon. Malachy E. Mannion<br><br>Complaint Filed:   Oct. 18, 2018<br>Trial Date:   Not set. |

Defendant Service Employees International Union, Local 668 ("Local 668"), by its undersigned counsel, respectfully moves the Court to dismiss the claims against Local 668 set forth in plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). As explained in Local 668's accompanying memorandum of points and authorities, plaintiff's claims for relief in Count 1 on behalf of former fair share fee payers and on behalf of union members who purportedly joined the union because of the fair share fee requirement must be dismissed for lack of jurisdiction under Rule 12(b)(1) because plaintiff lacks standing to pursue those claims; plaintiff's claim for relief in Count 1 based on her purported misunderstanding regarding her right to refrain from joining the union must be dismissed for failure to state a claim under Rule 12(b)(6); Count 2 must be dismissed for lack of jurisdiction under Rule 12(b)(1) because plaintiff has already received all of the relief potentially available on that claim; and Count 3 must be dismissed for lack of jurisdiction under Rule 12(b)(1) because plaintiff lacks standing to pursue the included claims. Local 668's motion is based upon this motion; the accompanying memorandum of points and authorities, proposed order, and Declaration of Claudia Lukert; such further pleadings as may be filed in connection with this motion; and the complete files and records of the Court in this matter.

The undersigned counsel certifies, pursuant to Middle District Local Rule 7.1, that Local 668 has sought plaintiff's concurrence in this motion, which has been denied.

Date: February 11, 2019         Respectfully Submitted,

                                          /s/P. Casey Pitts
                                         P. Casey Pitts (CA262463)

                                      SCOTT A. KRONLAND (*pro hac vice*)
                                      P. CASEY PITTS (*pro hac vice*)
                                      ALTSHULER BERZON LLP

177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
E-mail:     skronland@altber.com
            cpitts@altber.com

*Attorneys for Defendant SEIU Local 668*