UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG DIVISION

| | |
|---|---|
| BETHANY LASPINA,<br><br>        Plaintiff,<br><br>    v.<br><br>SEIU PENNSYLVANIA STATE COUNCIL; SEIU LOCAL 668; SEIU HEALTHCARE PA; SEIU LOCAL 32BJ; PENNSYLVANIA JOINT BOARD OF WORKERS UNITED; LACKAWANNA COUNTY LIBRARY SYSTEM; SCRANTON PUBLIC LIBRARY,<br><br>        Defendants. | CASE NO.: 3:18-CV-02018-MEM |

**[PROPOSED] ORDER DISMISSING SECOND AMENDED COMPLAINT**

Upon consideration of Defendant SEIU Local 668's Motion to Dismiss Plaintiff's Second Amended Complaint, all supporting documents, any responses thereto, and all pleadings and documents submitted in this matter, it is hereby ORDERED that Local 668's Motion to Dismiss Plaintiff's Second Amended Complaint is granted pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff's claims for relief in Count 1 on behalf of former fair share fee payers and on behalf of union members who purportedly joined the union because of the fair share fee requirement are dismissed for lack of jurisdiction under Rule 12(b)(1); plaintiff's claim for relief in Count 1 based on her purported misunderstanding regarding her right to refrain from joining the union is dismissed for failure to state a claim under Rule 12(b)(6); Count 2 is dismissed for lack of

jurisdiction under Rule 12(b)(1); and Count 3 is dismissed for lack of jurisdiction under Rule 12(b)(1).  The claims against Local 668 set forth in Plaintiff's Second Amended Complaint are hereby dismissed.

    IT IS SO ORDERED.


Dated: _____    _____
                                                  Hon. Malachy E. Mannion