**FILED ELECTRONICALLY**

SCOTT A. KRONLAND (SBN CA171693) (*pro hac vice*)
P. CASEY PITTS (SBN CA262463) (*pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064
E-mail:       skronland@altber.com
                    cpitts@altber.com

*Attorneys for Defendant SEIU Local 668*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG DIVISION

| | |
|---|---|
| BETHANY LASPINA,<br><br>                    Plaintiff,<br><br>     v.<br><br>SEIU PENNSYLVANIA STATE COUNCIL; SEIU LOCAL 668; SEIU HEALTHCARE PA; SEIU LOCAL 32BJ; PENNSYLVANIA JOINT BOARD OF WORKERS UNITED; LACKAWANNA COUNTY LIBRARY SYSTEM; SCRANTON PUBLIC LIBRARY,<br><br>                    Defendants. | CASE NO.:  3:18-CV-02018-MEM<br><br>**NOTICE OF RELATED CASE**<br><br>Hon. Malachy E. Mannion<br><br>Complaint Filed:   Jan. 28, 2019<br>Trial Date:             Not set. |

Defendant Service Employees International Union Local 668 ("SEIU Local 668") gives notice of a related case filed against SEIU Local 668 in this District: *Kioussis v. SEIU Local 668,* No. 19-cv-01367-JEJ, filed on August 7, 2019.

The instant case (*LaSpina*) is a putative class action against SEIU Local 668,

among other unions.  Plaintiff LaSpina is represented by SEIU Local 668 for collective bargaining purposes.  Plaintiff LaSpina seeks certification of a plaintiff class that includes all public employees in Pennsylvania who paid fair share fees to SEIU Local 668.  *See* Dkt. #41 at ¶45.  LaSpina seeks a class-wide refund of those fair-share fees under 42 U.S.C. §1983.

*Kioussis v. SEIU Local 668* is also a putative class action lawsuit.  Plaintiff Kioussis is represented by SEIU Local 668 for collective bargaining purposes.  Plaintiff Kioussis seeks certification of a class of all public employees who paid fair-share fees to SEIU Local 668.  *See Kioussis*, Dkt. #1 at ¶1.  Kioussis seeks a class-wide refund of those fair-share fees under 42 U.S.C. §1983.

Thus, the asserted §1983 claims in *Kioussis* are the same as claims asserted in *LaSpina*, and the proposed class in *Kioussis* is subsumed by the proposed class in *LaSpina*.

Date: August 21, 2019                            Respectfully Submitted,

                                    /s/P. Casey Pitts
                              P. Casey Pitts (CA262463)

SCOTT A. KRONLAND (*pro hac vice*)
P. CASEY PITTS (*pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
E-mail:     skronland@altber.com
            cpitts@altber.com

*Attorneys for Defendant SEIU Local 668*