# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY LASPINA,<br>on behalf of herself and others<br>similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEIU PENNSYLVANIA STATE COUNCIL, *et al.*,<br><br>Defendants | :<br>:<br>:<br>:<br>: **CIVIL ACTION NO. 3:18-2018**<br>:<br>: **(JUDGE MANNION)**<br>:<br>:<br>:<br>: |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the motions to dismiss plaintiff's SAC, **(Doc. 66)**, of union defendants, SEIU Local 32BJ, **(Doc. 46)**, the Pennsylvania Joint Board of Workers United, **(Doc. 52)**, and SEIU Healthcare PA, **(Doc. 59)**, are **GRANTED** with respect to plaintiff's federal claims against them, and plaintiff's federal claims against union defendants are **DISMISSED WITH PREJUDICE**.

**(2)** the court declines to exercise supplemental jurisdiction over the plaintiff's state laws claims against union defendants and these claims are **DISMISSED WITHOUT PREJUDICE**.

**(3)** the plaintiff's SAC, **(Doc. 66)**, against union defendants is **DISMISSED IN ITS ENTIRETY** and, union defendants are **DISMISSED** as parties in this action.

                                         s/ *Malachy E. Mannion*
                                         **MALACHY E. MANNION**
                                         **United States District Judge**

**DATE: August 29, 2019**

18-2018-01-ORDER.wpd