**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BETHANY LASPINA,** on behalf of herself and others similarly situated, : : : | |
| Plaintiffs, : | **CIVIL ACTION NO. 3:18-2018** |
| v. : | **(JUDGE MANNION)** |
| **SEIU PENNSYLVANIA STATE COUNCIL,** *et al.*, : : | |
| Defendants : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The motion to dismiss plaintiff's SAC, **(Doc. 66)**, of defendant SEIU Pennsylvania State Council, **(Doc. 53)**, is **GRANTED** with respect to plaintiff's federal claims against it, and plaintiff's federal claims against this defendant are **DISMISSED WITH PREJUDICE**.

**(2)** The court declines to exercise supplemental jurisdiction over the plaintiff's state laws claims against defendant SEIU Pennsylvania State Council and these claims are **DISMISSED WITHOUT PREJUDICE**.

**(3)** The plaintiff's SAC, **(Doc. 66)**, against defendant SEIU

Pennsylvania State Council is **DISMISSED IN ITS ENTIRETY** and, this defendant is **DISMISSED** as a party in this action.

**(4)** The plaintiff is given notice that if she fails to serve defendant Lackawanna County Public Library System with her SAC **within 14 days** of the date of this Order, this defendant will be dismissed without prejudice from this case pursuant to Fed.R.Civ.P. 4(m).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 11, 2019**

18-2018-02-ORDER.wpd