# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY LASPINA, on behalf of herself and others similarly situated, : : : | |
| Plaintiffs, : | CIVIL ACTION NO. 3:18-2018 |
| v. : | (JUDGE MANNION) |
| SEIU PENNSYLVANIA STATE COUNCIL, *et al.*, : : | |
| Defendants : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The motion to dismiss plaintiff's SAC, **(Doc. 66)**, of defendant Local 668, **(Doc. 70)**, is **GRANTED** with respect to plaintiff's federal claims against it, and plaintiff's federal claims against this defendant are **DISMISSED WITH PREJUDICE**.

**(2)** The motion to dismiss plaintiff's SAC, **(Doc. 66)**, of defendant Scranton Public Library, **(Doc. 88)**, is **GRANTED** with respect to plaintiff's federal claims against it, and plaintiff's federal claims against this defendant are **DISMISSED WITH PREJUDICE**.

**(3)** The court declines to exercise supplemental jurisdiction over the plaintiff's state laws claims against defendants Local 668 and Scranton Public Library and, these claims are **DISMISSED WITHOUT PREJUDICE**.

**(4)** The plaintiff's SAC, **(Doc. 66)**, against defendants Local 668 and Scranton Public Library is **DISMISSED IN ITS ENTIRETY** and, these defendants are **DISMISSED** as parties in this action.

**(5)** The claims against defendant Lackawanna County Library System contained in the plaintiff's SAC, **(Doc. 66)**, are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I).

**(6)** Since all of the defendants named in the plaintiff's SAC, **(Doc. 66)**, have been **DISMISSED**, the clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 30, 2019**

18-2018-03-ORDER.wpd