UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
SCRANTON DIVISION

| | |
|---|---|
| **Bethany LaSpina**, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>**SEIU Pennsylvania State Council**, et al.,<br><br>       Defendants | Case No. 3:18-cv-02018-MEM<br><br><br>**Notice of Appeal** |

   Plaintiff Bethany LaSpina appeals to the United States Court of Appeals for the Third Circuit from the order entered on September 30, 2019 (ECF No. 104).

Respectfully submitted.

/s/ Jonathan F. Mitchell

| | |
|---|---|
| Talcott J. Franklin* | Jonathan F. Mitchell* |
| Shannon W. Conway* | PA Bar No. 91505 |
| Talcott Franklin P.C. | Mitchell Law PLLC |
| 1920 McKinney Avenue, 7th Floor | 106 East Sixth Street, Suite 900 |
| Dallas, Texas 75201 | Austin, Texas 78701 |
| (214) 642-9191 | (512) 686-3940 (phone) |
| (214) 709-6180 | (512) 686-3941 (fax) |
| tal@talcottfranklin.com | jonathan@mitchell.law |
| sconway@talcottfranklin.com | |
| | |
| Edmond R. Shinn | Walter S. Zimolong III* |
| PA Bar No. 312306 | PA Bar No. 89151 |
| Law Offices of Edmond R. Shinn | Zimolong, LLC |
| 7032 Lafayette Avenue | P.O. Box 552 |
| Fort Washington, PA 19034 | Villanova, PA 19085 |
| (610) 308-6544 (phone) | (215) 665-0842 |
| (888) 237-8686 (fax) | wally@zimolonglaw.com |
| eshinn@erslawfirm.com | |

* admitted *pro hac vice*

Dated: October 18, 2018

*Counsel for Plaintiff
and the Proposed Classes*

# CERTIFICATE OF SERVICE

I certify that on October 26, 2019, I served this document through CM/ECF upon:

Scott A. Kronland
P. Casey Pitts
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
skronland@altber.com
cpitts@altber.com

Martin W. Milz
Samuel L. Spear
Spear Wilderman, P.C.
230 South Broad Street, 14th Floor
Philadelphia, Pennsylvania 19102
(215) 732-0101
mmilz@spearwilderman.com
sspear@spearwilderman.com

*Counsel for Defendants SEIU Pennsylvania State Council and Pennsylvania Joint Board of Workers United*

Bruce M. Ludwig
Lauren M. Hoye
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, Pennsylvania 19103
(215) 656-3600
bludwig@wwdlaw.com
lhoye@wwdlaw.com

*Counsel for SEIU Healthcare PA*

Katchen Locke
Associate General Counsel
SEIU Local 32BJ
25 West 18th Street
New York, New York 10011
(212) 539-2941
klocke@seiu32bj.org

*Counsel for Defendant SEIU Local 32BJ*

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff
and the Proposed Classes*