UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-3484
_____

BETHANY LASPINA,
    Appellant

v.

SEIU PENNSYLVANIA STATE COUNCIL; SEIU LOCAL 668; SEIU
HEALTHCARE PA; SEIU LOCAL 32BJ; PENNSYLVANIA JOINT BOARD OF
WORKERS UNITED; LACKAWANNA COUNTY PUBLIC LIBRARY SYSTEM;
SCRANTON PUBLIC LIBRARY

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3:18-cv-02018)
District Judge: Honorable Malachy E. Mannion

_____

Argued September 21, 2020

Before: KRAUSE, RESTREPO, and BIBAS, *Circuit Judges*

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued September 21, 2020. On consideration whereof, it is now ORDERED and ADJUDGED that the District Court's Order entered on September 30, 2019, is hereby AFFIRMED. Costs will be taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 15, 2021

Certified as a true copy and issued in lieu
of a formal mandate on  February 8, 2021

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**